COURT OF APPEALS OF VIRGINIA

Present:    Judges Petty, Chafin and Senior Judge Annunziata


DIANE W. WILSON

                                                              MEMORANDUM OPINION[*]
v.      Record No. 0243-13-4                                  PER CURIAM
                                                              AUGUST 20, 2013
FAIRFAX CONNECTOR AND
  OLD REPUBLIC INSURANCE COMPANY


                   FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

               (Diane W. Wilson, *pro se*, on brief).

               (Michael P. Del Bueno; Amber L. Ford; Whitt & Del Bueno, PC, on
               brief), for appellees.


        Diane W. Wilson appeals a decision of the Workers' Compensation Commission finding

that the statute of limitations barred her November 19, 2010 claim.  We have reviewed the record

and the commission's opinion and find that this appeal is without merit.[1]  Accordingly, we affirm

for the reasons stated by the commission in its final opinion.  See Wilson v. Fairfax Connector,

VWC File No. JCN 2381025 (Jan. 14, 2013).  We dispense with oral argument and summarily

affirm because the facts and legal contentions are adequately presented in the materials before

the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                             Affirmed.

---

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

        [1] Appellant failed to comply with Rules 5A:20 and 5A:25.  Her opening brief did not
include a table of contents, a table of authorities, a statement of the nature of the case, a
statement of the assignments of error with an exact reference to the appendix or record for where
they were preserved, a statement of facts with references to the appendix or record, the standard
of review, and any legal authority to support her argument.  Furthermore, the appendix did not
include the initial pleading or the commission's opinion.  Appellant was given multiple
opportunities to file an amended opening brief, but did not do so.